B. G. JOHNSON, Respondent, v. ROBERT S. ORMISTON and Others, Defendants,

Impleaded with DEWEESE W. DE WITT, as Trustee in Bankruptcy of ROBERT L. GRAY and Others, Appellant.— Order reversed, on the law, with ten dollars costs and disbursements, and motion granted. All concur.